| | | |
|---|---|---|
| 30403 | State v. Tafuna | Affirmed |
| 30689 | State v. Thrasher | Affirmed |
| 30096 | Woodard v. Tabanara | Affirmed |

### July 19, 2011

| | | |
|---|---|---|
| 30000 | State v. Moore | Affirmed |
| 30418 | State v. Palmer | Vacated and Remanded; Affirmed |

### July 20, 2011

| | | |
|---|---|---|
| 29692 | Holt, In re Estate of | Affirmed |

### July 21, 2011

| | | |
|---|---|---|
| 29467 | Hart v. Ticor Title Ins. Co. | Affirmed |

### July 25, 2011

| | | |
|---|---|---|
| 30219 | State v. Brooks | Affirmed |

### July 28, 2011

| | | |
|---|---|---|
| CAAP–10–00 00044 | Berry v. Berry | Affirmed |
| 29719 | Kim v. International Business Machines | Affirmed |
| 30733 | State v. Brown | Affirmed |
| CAAP–10–00 00069 | State v. Bullard | Affirmed |

### July 29, 2011

| | | |
|---|---|---|
| 29630 | AlohaCare v. Department of Human Services | Affirmed |
| CAAP–10–00 00112 | Rodenhurst v. State | Affirmed |

### August 5, 2011

| | | |
|---|---|---|
| 29969 | Hanalei Garden Farms, Inc. v. Pace | Affirmed |

### August 8, 2011

| | | |
|---|---|---|
| 28289, 28694 | Riethbrock v. Lange | Affirmed |

### August 12, 2011

| | | |
|---|---|---|
| 28566 | Prandini v. AOAO Haleakala Shores | Vacated and Remanded; Affirmed |